USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS ALBERTO RONDON GALLARDO,

Plaintiff,

-against-

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; JOSEPH B. EDLOW, in his official capacity as the Director of the U.S. Citizenship and Immigration Services (USCIS); CARRIE M. SELBY, in her official capacity as Associate Director, Service Center Operations Directorate, USCIS; DIRECTOR, USCIS VERMONT SERVICE CENTER, Attn: Humanitarian Division, in his or her official capacity; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS);

Defendants.

26-CV-6798 (AT)

**ORDER OF SERVICE**

ANALISA TORRES, United States District Judge:

Plaintiff Jesus Alberto Rondon Gallardo, a Bronx resident who is appearing *pro se*, brings this action under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedures Act, 5 U.S.C. §§ 555(b) and 706(1), alleging that that the Government has unreasonably delayed the adjudication of his Form I-360 self-petition.

Plaintiff names as defendants: (1) Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security; (2) Joseph B. Edlow, in his official capacity as the Director of the U.S. Citizenship and Immigration Services ("USCIS"); (3) Carrie M. Selby, in her official capacity as Associate Director of the USCIS' Service Center Operations Directorate; (4) the unnamed Director of the USCIS Vermont Service Center; and (5) USCIS itself. He seeks an order directing Defendants to adjudicate his Form I-360 self-petition within 30 days of the order resolving this civil action, along with ancillary relief.

By order dated August 27, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. As explained below, the Court directs service on Defendants.

**DISCUSSION**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff, who is proceeding IFP, to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant. The Clerk of Court is further instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (2) issue a summons and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant. The Clerk of Court is further instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (2) issue a summons and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: August 31, 2026
New York, New York

ANALISA TORRES
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Markwayne Mullin, Secretary
   U.S. Department of Homeland Security
   2707 Martin Luther King Jr Ave SE
   Washington, DC 20528-0525

   Office of the United States Attorney
   Southern District of New York
   Civil Division
   86 Chambers Street, Third Floor
   New York, NY 10007

2. Joseph B. Edlow, Director
   United States Citizenship and Immigration Services
   Attn: Officer of the Director
   5900 Capital Gateway Dr.
   Camp Springs, MD 20588-0009

3. Carrie M. Selby, Associate Director
   United States Citizenship and Immigration Services
   Service Center Directorate
   5900 Capital Gateway Dr.
   Camp Springs, MD 20588-0009

4. Director
   United States Citizenship and Immigration Services
   Vermont Service Center
   38 River Rd.
   Essex Junction, VT 05452

5. United States Citizenship and Immigration Services
   5900 Capital Gateway Dr.
   Camp Springs, MD 20588-0009